In the Matter of the Accounting of EMANUEL COHEN, as Executor of the Estate of ANNIE E. KADISON, Deceased. EMANUEL COHEN, Appellant; ABRA-

HAM KADISON et al., Respondents.—

No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.